Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 24−22102−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael McCoy | Kimberlee McCoy |
| aka Michael Augustine McCoy, aka | aka Kimberlee L McCoy |
| Michael A McCoy | 2821 S Shore Drive |
| 2821 S Shore Drive | Williamstown, NJ 08094 |
| Williamstown, NJ 08094 | |

Social Security No.:
  xxx−xx−6504                                              xxx−xx−4659

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              8/6/25
Time:            09:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 1, 2025
JAN: kvr

                                                      Jeanne Naughton
                                                        Clerk, U. S. Bankruptcy Court