Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−22102−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael McCoy
aka Michael Augustine McCoy, aka
Michael A McCoy
2821 S Shore Drive
Williamstown, NJ 08094

Kimberlee McCoy
aka Kimberlee L McCoy
2821 S Shore Drive
Williamstown, NJ 08094

Social Security No.:
xxx−xx−6504

xxx−xx−4659

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             8/6/25
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 1, 2025
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-22102-JNP

Michael McCoy  Chapter 13

Kimberlee McCoy

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Jul 02, 2025      Form ID: 132      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael McCoy, Kimberlee McCoy, 2821 S Shore Drive, Williamstown, NJ 08094-4145 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| 520479052 | | Ascend loan, 625 East Highway 20, Suite U, Upper Lake, CA 95485 |
| 520479063 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 520479064 | | IRS, 1719 NJ-10, Parsippany, NJ 07054 |
| 520479072 | + | Roger C. Mattson, attorney, 26 Newton Avenue, Woodbury, NJ 08096-4610 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecf@powerskirn.com | Jul 02 2025 21:03:00 | William M.E. Powers, III, Powers Kirn, LLC, 308 Harper Drive, Suite 210, Moorestown, NJ 08057-3245 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 02 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520482526 | + | Email/Text: bankruptcy@acacceptance.com | Jul 02 2025 21:04:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 520479075 | | Email/Text: fwdbctl@spotloan.com | Jul 02 2025 21:03:21 | Spotloan, PO Box 720, Belcourt, ND 58316 |
| 520479053 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2025 21:03:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 520556737 | | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2025 21:03:00 | Bank of America, N.A., c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520479054 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 02 2025 21:13:33 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 520484324 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 21:13:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520510713 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 02 2025 21:14:26 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520479056 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 02 2025 21:03:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 520479057 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2025 21:14:20 | Credit One, 6801 S Cinarron Rd, Las Vegas, NV 89113-2273 |

Case 24-22102-JNP    Doc 28    Filed 07/04/25    Entered 07/05/25 00:15:35    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: 132 | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520507117 | | Email/Text: mrdiscen@discover.com | Jul 02 2025 21:03:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520479058 | + | Email/Text: mrdiscen@discover.com | Jul 02 2025 21:03:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520479061 | | Email/Text: disputes@soaren-management.com | Jul 02 2025 21:03:00 | Fine Day Funds, PO Box 457, Keshena, WI 54135 |
| 520479059 | | Email/Text: bankruptcycourts@equifax.com | Jul 02 2025 21:03:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 520479060 | ^ | MEBN | Jul 02 2025 20:57:37 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 520479062 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2025 21:03:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 520479065 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2025 21:04:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 520479077 | | Email/Text: treasurer@timberlakes.org | Jul 02 2025 21:03:00 | Timber Lakes Community Association, PO Box 135, Williamstown, NJ 08094 |
| 520548552 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 21:12:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520479066 | + | Email/Text: ZenResolve@ebn.phinsolutions.com | Jul 02 2025 21:03:00 | Little lake lending, 2770 Mission Rancheria Rd #393, Lakeport, CA 95453-9612 |
| 520479067 | + | Email/Text: mercedes@mintofinancial.com | Jul 02 2025 21:03:00 | Minto Money, PO Box 58112, Minto, AK 99758-0112 |
| 520479068 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 02 2025 21:04:00 | NelNet, PO Box 82561, Lincoln, NE 68501-2561 |
| 520479069 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 02 2025 21:03:00 | New Jersey Division of Taxation, Bankrutpcy Unit, 50 Baracks St, 9th Floor, Trenton, NJ 08695-0001 |
| 520482514 | | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2025 21:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 520479070 | + | Email/Text: ecf@powerskirn.com | Jul 02 2025 21:03:00 | Powers, Kirn, LLC, 308 Harper Drive, Suite 210, PO Box 848, Moorestown, NJ 08057-0848 |
| 520479071 | ^ | MEBN | Jul 02 2025 20:58:34 | Ragan & Ragan, PC, 3100 Route 138 West, Brinley Plaza, Building One, Belmar, NJ 07719-9020 |
| 520560109 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 02 2025 21:03:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520479073 | ^ | MEBN | Jul 02 2025 20:57:16 | Santander Consumer USA, 3000 Kellyway Drive, Suite 120, Carrollton, TX 75006-3356 |
| 520479074 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 02 2025 21:03:00 | Shellpoint, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 520479076 | + | Email/Text: bncmail@w-legal.com | Jul 02 2025 21:03:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 520479078 | ^ | MEBN | Jul 02 2025 20:57:32 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 520490551 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 02 2025 21:04:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 520499450 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 02 2025 21:12:25 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520479079 | | Email/Text: dispute@velocityrecoveries.com | Jul 02 2025 21:03:00 | Velocity Investments, 1800 Rt. 34 N, Suite 305, Belmar, NJ 07719 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520479055 | *+ | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 520484325 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Carroll | on behalf of Joint Debtor Kimberlee McCoy AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Michael McCoy AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Brian C. Nicholas | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. brian+ecf@briannicholas.com, bkgroup@kmllawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor AMERICAN CREDIT ACCEPTANCE dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 9